UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Case No.: 6:18-cv-00041-TC

Jane A. Medefesser

Plaintiff(s),

v.

Metropolitan Life Insurance Company

Defendant(s).

**Consent to Jurisdiction by a Magistrate Judge
and Designation of the Normal Appeal Route**

     Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment.  I understand that withholding consent will not result in any adverse consequences.  Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

Dated: 12/14/2018 .

Signature: s/ Megan E. Glor

Name and Bar Number: Megan E. Glor, OSB No. 930178

E-mail Address: megan@meganglor.com

Firm Name: Megan E. Glor, Attorneys at Law

Mailing Address: 707 NE Knott Street, Suite 101

City, State, Zip: Portland, OR  97266

Party Represented: Plaintiff

[Rev. 01/2018]