IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JANE A. MEDEFESSER,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

Case No. 6:18-cv-00041-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 36), and the matter is now before the Court on Defendant's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). The Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1988). The Court finds no error and concludes the report is correct.

    Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 36) is adopted in full. Subject to the terms and conditions of the Plan, the Court reverses and remands this case for the reinstatement and payment of Long-Term Disability benefits to Plaintiff effective March 10, 2017, so long as Plaintiff remains disabled.

1 – ORDER

IT IS SO ORDERED.

    DATED this 2nd day of December, 2019.

                                                        s/Michael J. McShane
                                                        Michael McShane
                                                        United States District Judge