IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JANE A. MEDEFESSER,<br><br>        Plaintiff,<br><br>        v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 6:18-cv-00041-MK<br><br>JUDGMENT |

MCSHANE, Judge:

Based on the record, the Court reverses and remands this case for the reinstatement and payment of Long-Term Disability benefits effective March 10, 2017. Subject to the terms and conditions of the Plan, Plaintiff is entitled to benefits so long as Plaintiff remains disabled.

IT IS SO ORDERED.

DATED this 2nd day of December, 2019.

                                                            /s/ Michael J. McShane
                                                              Michael McShane
                                                     United States District Judge