Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
John C. Shaw, OSB No. 065086
Email: john@meganglor.com
Megan E. Glor, Attorneys at Law, PC
707 NE Knott Street, Suite 101
Portland, OR  97212
Telephone: (503) 223-7400
Facsimile:  (503) 751-2071

Attorneys for Plaintiff JANE A. MEDEFESSER

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **JANE A. MEDEFESSER,**<br><br>    **Plaintiff,**<br><br> v.<br><br>**METROPOLITAN LIFE INSURANCE COMPANY,**<br><br>    **Defendant.** | Case No.  6:18-cv-00041-MK<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>*Expedited Review Respectfully Requested* |

## CERTIFICATION PER L.R. 7.1

The undersigned, counsel for Plaintiff, certifies that she has conferred with Defendant's counsel regarding this Motion and has been advised Defendant does not oppose it.

/ / / /

/ / / /

/ / / /

## MOTION

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiff respectfully moves this Court for an order extending the deadline for submission of Plaintiff's Motion For Attorney's Fees and Costs from Monday, December 16, 2019, to Monday, January 13, 2020.

Plaintiff relies upon the Declaration of Megan E. Glor, filed herewith, in support of this Motion. This unopposed Motion is not made for the purpose of delay.

DATED: December 11, 2019.

Respectfully Submitted,

s/ Megan E. Glor
Megan E. Glor, OSB No. 930178
Attorney for Plaintiff