Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
John C. Shaw, OSB No. 065086
Email: john@meganglor.com
Megan E. Glor, Attorneys at Law, PC
707 NE Knott Street, Suite 101
Portland, OR  97212
Telephone: (503) 223-7400
Facsimile:  (503) 751-2071

Attorneys for Plaintiff JANE A. MEDEFESSER

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **JANE A. MEDEFESSER,**<br><br>  Plaintiff,<br><br>v.<br><br>**METROPOLITAN LIFE INSURANCE COMPANY,**<br><br>  Defendant. | Case No.  6:18-cv-00041-MK<br><br>**DECLARATION OF MEGAN E. GLOR IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEE** |

I, Megan E. Glor, do hereby declare under penalty of perjury and in accordance with the laws of the State of Oregon that the following statements are true and based upon personal knowledge.

1. I represent Plaintiff in this matter.

**DECLARATION OF MEGAN E. GLOR IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY'S FEES AND COSTS - p. 1 of 2**

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400

2. The deadline for the filing of Plaintiff's Motion for Attorney's Fees And Costs is currently Monday, December 16, 2019. I hereby request a four-week extension of the deadline, to Monday, January 13, 2020, to allow the parties sufficient time to attempt to resolve the issue.

3. I have conferred with Defendant's counsel, Mr. Hans Huggler, regarding this request and he has advised me that Defendant does not oppose this Motion.

4. This Motion is not made for the purpose of delay.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 11, 2019

                                                s/ Megan E. Glor
                                                Megan E. Glor, OSB No. 930178

**DECLARATION OF MEGAN E. GLOR IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY'S FEES AND COSTS - p. 2 of 2**

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
503-223-7400